UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOUGH, et al., | ) |
|  Plaintiff, | ) Case No. C 05-02412 SI |
| vs. | ) **STIPULATION FOR REMAND; ORDER** |
| WESTPORT & ASSOCIATES | ) **(Local Rule 7-11 and 7-12)** |
| INSURANCE SERVICES, and DOES 1-20, | ) |
|  Defendants. | ) |

THE PARTIES TO THIS ACTION, BY AND THROUGH THEIR DESIGNATED COUNSEL OF RECORD HEREIN, AGREE AND STIPULATE AS FOLLOWS:

1. That this matter shall be remanded to the Contra Costa Superior Court.

2. That the Motion to Remand Hearing date of August 19, 2005 shall be vacated.

3. That no party will seek attorneys' fees, costs or sanctions against the other in relation to the Notice of Removal or Motion to Remand.

The parties provide these background facts for the Court's consideration of their

**STIPULATION FOR REMAND; ORDER**
Case No. C 05-02412 SI

1

Stipulation:

This insurance coverage dispute arises out of an underlying construction defect action, *Commercial Realty Group v. Christopher*, Solano County Superior Court, FCS19623, filed May 2, 2002 (the "underlying action").

On March 24, 2004, Clarendon America Insurance Company's insured, Mark Hough dba Advantage 21 Roofing commenced an action in Stanislaus Superior Court, Case No. 346284, *Mark Hough dba Advantage 21Roofing v. Clarendon America Insurance Company*. Mark Hough dba Advantage 21 Roofing alleged causes of action for breach of contract and bad faith arising out of the underlying action. Clarendon America Insurance Company removed the matter to the U.S. District Court for the Eastern District of California, Action No. CIV F 04 56150 WW LJO. The action was dismissed on October 1, 2004 by Stipulated Dismissal; Order.

On September 30, 2003, Mark Hough, individually and dba Advantage 21 Roofing, H&H Enterprises, a general Partnership filed a Complaint in Contra Costa Superior Court for Negligence; Negligent Misrepresentation; and Breach of Fiduciary Duty against their insurance agent, *Mark Hough, individually and dba Advantage 21 Roofing, H&H Enterprises, a general Partnership v. Westport & Associates Insurance Services and Does 1 through 20.*, Action No. C 01-02454 (the "action against Westport").

On April 16, 2005, pursuant to the court's order granting an unopposed Motion for Leave to Intervene, Intervenors Mark S. Cunningham and Commercial Realty Group filed a complaint in intervention in the action against Westport, Contra Costa County Superior Court Action No. C 01-02454. The Complaint-in-Intervention named Clarendon America Insurance Company as a Defendant-in-Intervention. The Complaint-in-Intervention alleges breach of contract and bad faith arising out of the underlying construction defect action by way of an assignment from Hough. The Complaint-in-Intervention seeks to collect an assigned judgment

STIPULATION FOR REMAND; ORDER
Case No. C 05-02412 SI

2

of $1,587,866 from Clarendon National Insurance Company, among other things.

On June 15, 2005 Clarendon filed an answer to the Complaint-in-Intervention and Notice of Removal in relation to the complaint-in-intervention.

On July 8, 2005 Intervenors Cunningham and Commercial Realty Group filed a Motion for Remand. The Motion for Remand is scheduled for hearing on August 19, 2005. Opposition to the Motion to Remand is due on July 29, 2005.

On July 12, 2005, Hough filed an Amended Complaint in the action against the broker, *Mark Hough, individually and dba Advantage 21 Roofing, H&H Enterprises, a general Partnership v. Clarendon America Ins. Co., Westport & Associates Insurance Services and Does 1 through 20.*, Action No. C 01-02454. The Amended Complaint named Clarendon America Insurance Company as a direct defendant. The Amended Complaint asserts Hough's personal unassigned claims against Clarendon. The causes of action are for breach of contract and bad faith against Clarendon.

Because Westport & Associates Insurance Company is a California corporation and Hough is a California resident, there is no diversity in the main action.

Because of the change in pleadings following filing of the Notice of Removal and Motion to Remand, the parties to the Complaint-in-Intervention agree that this matter should be remanded to Contra Costa Superior Court.

The parties to this action, through their counsel, agree that the facts stated herein are true and correct.

THE PARTIES TO THIS ACTION, BY AND THROUGH THEIR DESIGNATED COUNSEL OF RECORD HEREIN, AGREE AND STIPULATE AS FOLLOWS:

1. That this matter shall be remanded to the Contra Costa Superior Court.

2. That the Motion to Remand Hearing date of August 19, 2005 shall be vacated.

3. That no party will seek attorneys' fees, costs or sanctions against the other in relation

STIPULATION FOR REMAND; ORDER
Case No. C 05-02412 SI

3

to the Notice of Removal or Motion to Remand.

IT IS SO STIPULATED.

Dated: July 29, 2005

PILLSBURY & LEVINSON, LLP

By: _____
Phillip L. Pillsbury, Jr.
Arnold R. Levinson
Richard D. Shively
Attorneys for Intervenors
MARK S. CUNNINGHAM and
COMMERCIAL REALTY GROUP

IT IS SO STIPULATED.

Dated: July 28, 2005

ROGER, SCOTT & HELMER LLP

By: _____
Norman J. Roger
Patricia M. Fama
Attorneys for Defendant-in Intervention
Clarendon America Insurance Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*GRANTED — Judge Susan Illston*

STIPULATION FOR REMAND; ORDER
Case No. C 05-02412 SI

4